UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**MANTISSA CORPORATION,**

    Plaintiff,

v.

**POLISH & SLAVIC FEDERAL CREDIT UNION,**

    Defendant.

Case No. 1:17-cv-09176

Hon. Harry D. Leinenweber

JURY TRIAL DEMANDED

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME FOR THE DEFENDANT TO ANSWER THE COMPLAINT OR OTHERWISE PLEAD**

NOW COMES Plaintiff Mantissa Corporation ("Mantissa"), through its attorney, Nicholas A. Kurk, and for its Unopposed Motion to Extend the Time for the Defendant to Answer the Complaint or otherwise plead:

1. Plaintiff Mantissa filed its Complaint for Patent Infringement against Defendant on December 20, 2017.

2. Mantissa served the Defendant on December 22, 2017.

3. The deadline for the Defendant to Answer the Complaint or otherwise plead is January 12, 2018.

4. The Defendant has requested additional time to prepare their response to the Complaint.

5. Defendant does not oppose this motion.

6. Accordingly, Mantissa respectfully requests an extension of time for the Defendant to Answer the Complaint or otherwise plead for 14 days, or until January 26, 2018.

WHEREFORE, Plaintiff Mantissa respectfully requests that this Court extend the time for the Defendant to Answer the Complaint or otherwise plead for 14 days, or until January 26, 2018.

Dated: January 8, 2018

Respectfully submitted,

/s/ Nicholas A. Kurk
Nicholas A. Kurk (ARDC 6292133)
Young Basile Hanlon & MacFarlane, P.C.
150 N. Wacker Dr., Suite 1450
Chicago, IL 60606
(312) 754-9332 / (248) 649-3338 Fax
kurk@youngbasile.com

-and-

John Demarco (*Pro Hac Vice To Be Filed*)
Young Basile Hanlon & MacFarlane, P.C.
700 Milam St., Suite 1300
Houston, TX 77002
(832) 871-5058 / (248) 649-3338 Fax
demarco@youngbasile.com

-and-

Kenneth A Godlewski
(*Pro Hac Vice To Be Filed*)
Hunter Taubman Fischer LLC
1201 15th Street, NW, Suite 200
Washington, DC 20005
202-704-5860 / 202-659-2697 Fax
kgodlewski@htflawyers.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 8, 2018, the foregoing was caused to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

By: */s/ Nicholas A. Kurk*
Nicholas A. Kurk